UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 3 0 2008

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| Lloyd Bell, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 0932 |
| ) | |
| Dr. Jill R. Grant, ) | |
| ) | |
| Defendant. ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 28th day of May 2008,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this action is DISMISSED without prejudice. This is a final appealable Order.

                                                    /s/
                                United States District Judge